# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 17, 2024

Lyle W. Cayce
Clerk

————————

No. 24-40248

————————

M. D., by next friend Sarah R. Stukenberg; D. I., by next friend Nancy G. Pofahl; Z. H., by next friend Carla B. Morrison; S. A., by next friend Javier Solis; A. M., by next friend Jennifer Talley; J. S., by next friend Anna J. Ricker; K. E., *as next friend* John W. Cliff, Jr.; M. R., *as next friend* Bobbie M. Young; J. R., *as next friend* Bobbie M. Young; H. V., by next friend Anna J. Ricker; P. O., *as next friend* Anna J. Ricker; L. H., *as next friend* Estela C. Vasquez; C. H.; S. R., *as next friend* Bobbie M. Young; S. S., *as next friend* Estela C. Vasquez; A. R., *as next friend* Tom McKenzie, *individually and on behalf of all others similarly situated*,

*Plaintiffs—Appellees*,

*versus*

Greg Abbott, *in his official capacity as Governor of the State of Texas*; Cecile Erwin Young, *in her official capacity as Executive Commissioner of the Health and Human Services Commission of the State of Texas*; Stephanie Muth, *in her official capacity as Commissioner of Texas Department of Family and Protective Services*,

*Defendants—Appellants*.

————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:11-CV-84

————————————————————

<u>UNPUBLISHED ORDER</u>

Before Elrod, Haynes, and Douglas, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the contempt order of the district court is temporarily administratively STAYED pending further order of this court.

IT IS FURTHER ORDERED that the district court proceedings are temporarily administratively STAYED pending further order of this court.

IT IS FURTHER ORDERED that Plaintiffs-Appellees shall have until 12:00 PM Central Time on Monday, April 22, 2024 to file a response. Defendants-Appellants shall have until 12:00 PM Central Time on Wednesday, April 24, 2024 to file a reply.